NUMBER
13-02-106-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

IN THE INTEREST OF P.W.O. AND D.L.O., MINOR CHILDREN

____________________________________________________________________

 

                         On
appeal from the 24th District Court

                                  of Victoria County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Dorsey, Rodriguez, and Castillo

                                        Opinion
Per Curiam

 

Appellant, Patrick O=Neal, perfected an appeal from a judgment entered by the 24th
District Court of Victoria County, Texas, in cause number 00-9-55,205-A.  After the
notice of appeal was filed, appellant filed a motion to dismiss the
appeal.  In the motion, appellant states
that this case has been resolved and appellant no longer wishes to prosecute
this appeal.  Appellant requests that
this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 6th day
of June, 2002.